IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LINDON WILSON, | § |
| | § |
| Plaintiff, | § |
| | §   CIVIL ACTION |
| vs. | § |
| | §   FILE NO.: _____ |
| HORTON TRANSPORTATION | § |
| LLC, CHEROKEE INSURANCE | § |
| COMPANY, and TYLER YOTHER, | § |
| | § |
| Defendants. | § |
| | § |

**DEFENDANTS HORTON TRANSPORTATION LLC,
CHEROKEE INSURANCE COMPANY AND PURPORTED
DEFENDANT TYLER YOTHER'S JOINT NOTICE OF REMOVAL**

COME NOW, **HORTON TRANSPORTATION LLC** and **CHEROKEE INSURANCE COMPANY,** Defendants in the above-styled civil action, and **TYLER YOTHER,** a purported Defendant in the above-styled civil action, appearing specially and without waiving, but specifically reserving all defenses arising from jurisdiction, service and process (hereinafter "Defendants"), and hereby remove Civil Action File No. STSV2021000749 from the State Court of Henry County to the United States District Court for the Northern District of Georgia, Atlanta Division, pursuant to Fed. R. Civ. P. 81(c) and 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for its removal state as follows:

# STATEMENT OF THE CASE

1.

Defendants have been sued in a civil action brought in the State Court of Henry County, which is located within the Atlanta Division of the United States District Court for the Northern District of Georgia. Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the process, pleadings, orders and documents from the State Court Action have been attached as Defendants' Exhibit 1 (hereinafter "D-1").

2.

The present matter is an action for damages for bodily injuries stemming from a May 30, 2019 motor vehicle accident involving Plaintiff Lindon Wilson and Defendant Tyler Yother (hereinafter "the subject accident"). D-1, Complaint, ¶¶ 7-10. Plaintiff makes claims against Defendant Tyler Yother for (i) ordinary negligence and (ii) negligence per se. *Id.*, Complaint, ¶¶ 10, 13-16, 36-37. Plaintiff makes claims against Defendant Horton Transportation LLC for (i) imputed liability for the actions of Defendant Tyler Yother and (ii) negligent hiring, training and supervision. *Id.*, Complaint, ¶¶ 17-20, 21-25 and 36-37. Plaintiff makes claims against Defendant Cherokee Insurance Company for (i)

direct action pursuant to O.C.G.A. § 40-2-140. *Id*., Complaint, ¶¶ 26-30 and 36-37.

3.

The Complaint was filed on May 5, 2021, in the State Court of Henry County, Civil Action File No. STSV2021000749. *See* D-1, Complaint. Defendant Horton Transportation LLC was served with the Summons and Complaint on May 18, 2021. Defendant Cherokee Insurance Company was served with the Summons and Complaint on May 6, 2021. Plaintiff alleges that Defendant Tyler Yother was served with the Summons and Complaint on May 25, 2021; however, Defendant Tyler Yother has to date raised affirmative defenses of insufficiency of process, insufficiency of service of process, personal jurisdiction, statute of limitations and laches.

### DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332(a)

4.

Plaintiff Lindon Wilson is a citizen of the State of Georgia. D-1, Complaint, ¶ 1. Defendant Tyler Yother is, and was at the time this lawsuit was filed, a citizen of the State of Tennessee. D-1, Complaint, ¶ 4. Defendant Horton Transportation LLC is, and was at the time this lawsuit was filed, a limited liability company organized under the laws of the State of Tennessee, with its principal place of

business in Tennessee and whose members are all citizens of the State of Tennessee.  D-1, Complaint, ¶ 2.  Defendant Cherokee Insurance Company is, and was at the time this lawsuit was filed, a corporation organized under the laws of the State of Michigan with its principal place of business in the State of Michigan.  D-1, Complaint, ¶ 3.  Therefore, there is complete diversity of citizenship between the parties.

5.

Plaintiff's Complaint avers that "[a]s a result of Defendants' negligence, Plaintiff has incurred past medical expenses in the amount of at least $125,508.60 and will continue to incur future medical expenses."  D-1, Complaint, ¶ 33.  Plaintiff's Complaint also avers that "[a]s a result of Defendants' negligence, Plaintiff suffered severe and permanent injuries . . . [and] missed time from work and has a claim for past and future lost wages."  D-1, Complaint, ¶¶ 32, 34.  Plaintiff's Complaint additionally avers that "Defendants' conduct was reckless, willful and wanton and demonstrates a conscious indifference to the consequences of their actions and, therefore, entitles Plaintiff to an aware of punitive damages in this matter."  D-1, Complaint, ¶ 37.

6.

In determining whether the requisite $75,000.00 amount in controversy has been established, jurisdiction "is proper if it is facially apparent from the complaint that the amount in controversy exceeds the jurisdictional requirement." *Williams v. Best Buy Co., Inc.*, 269 F.3d 1319 (11th Cir. 2001). In the present case, given the damages claimed by Plaintiff, it is facially apparent from Plaintiff's Complaint that the requisite $75,000.00 amount in controversy requirement has been met.

## ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED

7.

This Joint Notice of Removal is filed within 30 days from the date that Defendant Horton Transportation LLC was served with the Summons and Complaint in this matter. Removal is, therefore, timely in accordance with 28 U.S.C. § 1446(b).

8.

Pursuant to 28 U.S.C. § 1446(b)(2)(A), "all defendants who have been properly joined and served must join in or consent to the removal of the action." Defendants Horton Transportation LLC, Tyler Yother and Cherokee Insurance Company expressly consent to the removal of this action, and the requirements of 28 U.S.C. § 1446(b)(2)(A) have been met.

## CONCLUSION

By this Joint Notice of Removal, Defendants Horton Transportation LLC, Tyler Yother and Cherokee Insurance Company do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or objections they may have to this action. Defendants Horton Transportation LLC, Tyler Yother and Cherokee Insurance Company intend no admission of fact, law or liability by this Notice and expressly reserve all defenses, motions and/or pleas.

WHEREFORE, Defendants Horton Transportation LLC, Tyler Yother and Cherokee Insurance Company pray that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 9th day of June, 2021.

                                                **CRUSER, MITCHELL, NOVITZ,**
                                                **SANCHEZ, GASTON & ZIMET, LLP**

                                                */s/ Jason G. Wyrick*
                                                **JASON G. WYRICK**
                                                Georgia Bar No. 143112

Meridian II, Suite 2000                    **ROBERT F. NOENS**
275 Scientific Drive                        Georgia Bar No. 193846
Peachtree Corners, GA  30092    **J. ROBB CRUSER**
(404) 881-2622                           Georgia Bar No. 199480
(404) 881-2630 (Fax)                  *Attorneys for Defendants*
jwyrick@cmlawfirm.com
rnoens@cmlawfirm.com
rcruser@cmlawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the undersigned has this day electronically filed the within and foregoing **DEFENDANTS HORTON TRANSPORTATION LLC, CHEROKEE INSURANCE COMPANY AND PURPORTED DEFENDANT TYLER YOTHER'S JOINT NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

<div style="columns:2">

Michael L. Goldberg, Esq.
Eric J.D. Rogers, Esq.
Adam P. Smith, Esq.
Fried Goldberg LLC
Three Alliance Center, Suite 1500
3550 Lenox Road, N.E.
Atlanta, GA  30326
*Attorneys for Plaintiff*

Mitchell E. McGough, Esq.
Mitchell E. McGough Law, LLC
945 E. Paces Ferry Rd. Suite 2250
Atlanta, GA  30326
*Attorney for Plaintiff*

</div>

I FURTHER CERTIFY that the undersigned has mailed copies of the entire pleading referenced above to all counsel of record at the above address.

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certify the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Rule 5.1(C).

*[Signature contained on next page.]*

This 9th day of June, 2020.

                **CRUSER, MITCHELL, NOVITZ, SANCHEZ, GASTON & ZIMET, LLP**

                **JASON G. WYRICK**
                Georgia Bar No. 143112

Meridian II, Suite 2000    **ROBERT F. NOENS**
275 Scientific Drive       Georgia Bar No. 193846
Peachtree Corners, GA  30092    **J. ROBB CRUSER**
(404) 881-2622           Georgia Bar No. 199480
(404) 881-2630 (Fax)     *Attorneys for Defendants*
jwyrick@cmlawfirm.com
rnoens@cmlawfirm.com
rcruser@cmlawfirm.com